IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARSHALLE KNOX, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>AHEPA HELLENIC APARTMENTS, )<br>a domestic corporation, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>2:11cv223-MHT<br>(WO) |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 14), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of December, 2011.

          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE